UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RANDY LUNDY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No: CIV-22-699-F |
| | ) |
| HL MOTOR GROUP, INC., | ) |
| HIGHLIGHT MOTOR FREIGHT USA, INC., | ) |
| OLD REPUBLIC INSURANCE COMPANY | ) |
| and OGNJEN MILANOVIC, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF REMOVAL

Defendants, HL Motor Group, Inc., Highlight Motor Freight USA, Inc., Old Republic Insurance Company and Ognjen Milanovic ("Mr. Milanovic"), by their attorneys, Lewis Brisbois Bisgaard & Smith LLP, pursuant to 28 U.S.C. §§ 1332(a) and 1441(b), hereby remove this action from the District Court of Oklahoma County, Oklahoma, to the United States District Court for the Western District of Oklahoma. As grounds for removal, defendants state as follows:

1. On July 20, 2022, plaintiff filed a Complaint against defendants in the District Court of Oklahoma County, Oklahoma, entitled *Randy Lundy v. HL Motor Group, Inc., et al*. (*See* Exhibit 1).

2. Plaintiff generally avers that he suffered property damage resulting from an August 8, 2020 motor vehicle collision in Oklahoma City, Oklahoma when a vehicle owned by HL Motor Group, Inc. and/or Highlight Motor Freight USA, Inc. and operated by Mr. Milanovic struck his residential property "causing significant property damage and other losses." (*Id.*, ¶1).

3. Plaintiff further avers that he is entitled to punitive damages. (*Id.*, ¶¶3-4).

4. In settlement negotiations, plaintiff has demanded amounts in excess of $75,000.00.

5. On information and belief, plaintiff is a resident and citizen of Oklahoma. (*Id.*, ¶1).

6. HL Motor Group, Inc. is a company that is organized and existing under the laws of Ontario, Canada. (*See* Exhibit 2, ¶3).

7. For purposes of determining diversity jurisdiction, HL Motor Group, Inc. is a citizen of Ontario, Canada because its principal place of business, offices and distribution center are located in Ontario, Canada. (*Id.*, ¶4).

8. For purposes of determining diversity jurisdiction, Highlight Motor Freight USA, Inc. is a citizen of New Jersey. (*Id.*, ¶6).

9. For purposes of determining diversity jurisdiction, Old Republic Insurance Company is a citizen of Ontario, Canada. (*Id.*, ¶13).

10. The tractor vehicle operated by Mr. Milanovic at the time of the accident described in the Plaintiff's Complaint, was owned by HL Motor Group, Inc. (*Id.*, ¶11).

11. The trailer operated by Mr. Milanovic at the time of the accident described in the Plaintiff's Complaint, was leased by HL Motor Group, Inc. (*Id.*, ¶12).

12. On August 8, 2020, while engaged in the activity described in the Complaint in this matter, Mr. Milanovic was an employee of HL Motor Group, Inc. (*Id.*, ¶8).

13. Mr. Milanovic resides in and is a citizen of Ontario, Canada. (*Id.,* ¶10).

14. Here, there is complete diversity between plaintiff and defendants and the amount in controversy exceeds $75,000.00 as required by 28 U.S.C. § 1441(b).

15. By reason of the foregoing, this Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332(a). There is complete diversity of citizenship, and the amount in controversy exceeds $75,000.00, exclusive of costs. Removal of the state court action to this Court is therefore appropriate under 28 U.S.C. § 1441(b).

16. Removal of this action is timely under 28 U.S.C. § 1446(b) because this Notice of Removal was filed within thirty days after receipt by the defendants, through service or otherwise, of a copy of the pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable. Moreover, this Notice of Removal was filed within one year after commencement of the action.

17. Pursuant to 28 U.S.C. § 1446(d), contemporaneous with this filing, defendants are serving a copy of this Notice of Removal upon plaintiff and filing a copy with the Clerk of the District Court of Oklahoma County, Oklahoma.

18. Defendants reserve the right to supplement this Notice of Removal and/or to present additional arguments in support of their entitlement to removal.

19. Removal is hereby effected without waiver of any challenges that defendants may have to personal jurisdiction, venue or service of process. Further, no admission of fact, law or liability is intended by this Notice of Removal, and all defenses, affirmative defenses and motions are hereby reserved.

WHEREFORE, Defendants, HL Motor Group, Inc., Highlight Motor Freight USA, Inc., Old Republic Insurance Company and Ognjen Milanovic, hereby give notice of the removal of the above-referenced action now pending in the District Court of Oklahoma County, Oklahoma, to the United States District Court for the Western District of Oklahoma.

Respectfully submitted,

HL Motor Group, Inc., Highlight Motor Freight USA, Inc., Old Republic Insurance Company and Ognjen Milanovic,


By:/s/ *Michael T. Franz*
      One of Defendants' Attorneys

Michael T. Franz
Lewis Brisbois Bisgaard & Smith LLP
550 West Adams Street
Suite 300
Chicago, Illinois 60661
Michael.Franz@lewisbrisbois.com
(312) 463-3329 Phone
(312) 345-1776 Facsimile

Date: August 14, 2022

*Attorneys for Defendants*

75944-45