IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RANDY LUNDY )<br>)<br>)<br>)<br>Plaintiff(s), )<br>)<br>v. )<br>)<br>HL MOTOR GROUP, INC., HIGHLIGHT )<br>MOTOR FREIGHT USA, INC., OLD REPUBLIC )<br>INSURANCE COMPANY and OGNJEN )<br>MILANOVIC, )<br>)<br>Defendant(s) ) | Case No. 5:22-cv-00699-F |

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Defendants, HL Motor Group, Inc., Highlight Motor Freight USA, Inc., Old Republic Insurance Company and Ognjen Milanovic.
(Plaintiff/Defendant)            (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

S/ Jeremy K. Schrag            8/25/2022
Signature                      Date

Jeremy K. Schrag
Print Name

Lewis Brisbois Bisgaard & Smith LLP
Firm

1605 N. Waterfront Parkway, Suite 150
Address

Wichita         KS         67206
City           State       Zip Code

316-609-7903    316-462-5746
Telephone       Fax Number

jeremy.schrag@lewisbrisbois.com
Internet E-mail Address

REVISED 8/31/06

*Certificate of Service*

[✔] I hereby certify that on (date) August 25, 2022, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants: (insert names)

Rodney D. Stewart
rstewart@rstewartlaw.com

Michael T. Franz
michael.franz@lewisbrisbois.com

[ ] I hereby certify that on (date) _____, I served the attached document by (service method) _____ on the following, who are not registered participants of the ECF System: (insert names and addresses)

u]Jeremy K. Schrag
s/ Attorney Name