# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RANDY LUNDY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>HL MOTOR GROUP, INC., HIGHLIGHT MOTOR FREIGHT USA, INC., OLD REPUBLIC INSURANCE COMPANY and OGNJEN MILANOVIC,<br><br>　　　　Defendants. | CASE NO. 5:22-CV-00699-F |

## MOTION FOR RELIEF OF LOCAL RULE 83.3(A)

　　Pursuant to LCvR 83.3(c), Defendants HL Motor Group, Inc., Highlight Motor Freight USA, Inc., Old Republic Insurance Company and Ognjen Milanovic ("Defendants") move for leave to proceed without local counsel as defined in LCvR 83.3(a). In support of their motion, Defendants simultaneously file a Brief in Support of this Motion for Relief of Local Rule 83.3(A).

　　　　　　　　　　　　　　　　　/s/ Jeremy K. Schrag
　　　　　　　　　　　　　　　　Jeremy K. Schrag, OBA # 33429
　　　　　　　　　　　　　　　　LEWIS BRISBOIS BISGAARD & SMITH LLP
　　　　　　　　　　　　　　　　1605 North Waterfront Parkway, Suite 150
　　　　　　　　　　　　　　　　Wichita, Kansas 67206
　　　　　　　　　　　　　　　　Telephone: 316-609-7900
　　　　　　　　　　　　　　　　Facsimile:  316-462-5746
　　　　　　　　　　　　　　　　jeremy.schrag@lewisbrisbois.com

　　　　　　　　　　　　　　　　*Attorney for Defendants*

4863-3768-3248.1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 26, 2022, I filed the above Motion for Relief of Local Rule 83.3(A) using the Court's electronic filing system which will send notice to all counsel of record.

                                      /s/ Jeremy K. Schrag
                                      Jeremy K. Schrag