# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RANDY LUNDY,<br><br>　　　Plaintiff,<br><br>v.<br><br>HL MOTOR GROUP, INC., HIGHLIGHT MOTOR FREIGHT USA, INC., OLD REPUBLIC INSURANCE COMPANY and OGNJEN MILANOVIC,<br><br>　　　Defendants. | CASE NO. 5:22-CV-00699-F |

## **ORDER**

　　The Court, having considered Defendant's Motion for Relief of Local Rule 83.3(A) (Doc. 8), hereby GRANTS the motion. Defendant may proceed without local counsel.

　　IT IS SO ORDERED this 26th day of August, 2022.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

22-0699p002.PO.docx