IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RANDY LUNDY,<br><br>    Plaintiff,<br><br>v.<br><br>HL MOTOR GROUP, INC., HIGHLIGHT MOTOR FREIGHT USA, INC., OLD REPUBLIC INSURANCE COMPANY, AND OGNJEN MILANOVIC,<br><br>    Defendants. | Case No.: CIV-22-699-F |
| FARMERS MUTUAL FIRE INSURANCE COMPANY OF OKARCHE,<br><br>    Plaintiff,<br><br>v.<br><br>HL MOTOR GROUP, INC. and OGNJEN MILANOVIC,<br><br>    Defendants. | Case No.:  CIV-22-752-F |

**NOTICE TO TAKE DEPOSITION OF
CORPORATE REPRESENTATIVE PURSUANT TO RULE
30(B)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

    To:    HL Motor Group, Inc.
             c/o Michael T. Franz, Esquire
             Lewis Brisbois Bisgaard & Smith LLP
             1605 West Adams Street, Suite 300
             Chicago, Illinois 60661

             And

      Jeremy K. Schrag, Esquire
      LEWIS BRISBOIS BISGAARD & SMITH LLP
      1605 North Waterfront Parkway, Suite 150
      Wichita, Kansas 67206

      PLEASE TAKE NOTICE that pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure and Local Rule 30.1, Plaintiff Farmers Mutual Fire Insurance Company of Okarche, by and through its counsel of record, Gerard F. Pignato, of RYAN WHALEY, will take the oral examination of a corporate representative of the Defendant, HL Motor Group, on **Wednesday, April 5, 2023, beginning at 9:30 a.m. CST via Zoom**. Defendant shall designate one or more officers, directors, managing agents, or other persons who consent to testify on its behalf regarding the matters set forth in **EXHIBIT "1"** attached, and may the matters before each person who will testify. The examination shall begin as set forth above and shall continue from day-to-day until complete. You are invited to attend and cross-examine.

Respectfully submitted,

/s/ Gerard F. Pignato
GERARD F. PIGNATO, OBA #11473
MATTHEW C. KANE, OBA #19502
**RYAN WHALEY**
400 North Walnut Avenue
Oklahoma City, Oklahoma 73104
(405) 239-6040
(405) 239-6766 FAX
jerry@ryanwhaley.com
mkane@ryanwhaley.com

*Attorneys for Plaintiff, Farmers Mutual*
 *Fire Insurance Company of Okarche*

## **CERTIFICATE OF SERVICE**

☑  I hereby certify that on March 2, 2023, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Michael T. Franz, Esquire
Jeremy K. Schrag, Esquire
*Attorneys for Defendants*

Rodney D. Stewart, Esquire
*Attorney for Plaintiff, Randy Lundy*

/s/ Gerard F. Pignato
For the Firm