UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RANDY LUNDY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No: 5:22-cv-00699-F |
| HL MOTOR GROUP, INC., et al., | ) ) ) |
| Defendants. | ) ) |

## **ORDER**

The Court upon consideration of Defendants, HL Motor Group, Inc. and Ognjen Milanovic, Motion Continue Case Scheduling, amends the December 1, 2022 Case Scheduling Order as follows:

Plaintiffs must disclose expert witnesses by May 19, 2023;

Defendants must disclose expert witnesses and by June 19, 2023;

All discovery must be completed by August 18, 2023;

Dispositive and Daubert Motions must be filed by September 1, 2023;

Plaintiffs and Defendants must disclose trial witness and exhibits lists by September 15, 2023;

A Pre-Trial Report must be filed by September 22, 2023;

Motions in Limine, Jury Instructions, Verdict Forms, Voir Dire Requests and Trial Briefs must be filed by September 15, 2023; and,

Trial is scheduled for October 25, 2023.

_____
Stephen P. Friot
United States District Judge