UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RANDY LUNDY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No: 5:22-cv-00699-F |
| ) | |
| HL MOTOR GROUP, INC., et al., ) | |
| ) | |
| Defendants. ) | |
| ) | Consolidated for Discovery With |
| FARMERS MUTUAL FIRE INSURANCE ) | |
| COMPANY OF OKARCHE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No: 5:22-cv-00752-F |
| ) | |
| HL MOTOR GROUP, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## AMENDED SCHEDULING ORDER

The Court upon consideration of Defendants, HL Motor Group, Inc. and Ognjen Milanovic, Motion Continue Case Scheduling, amends the December 1, 2022 Case Scheduling Order as follows:

Plaintiffs must disclose expert witnesses by April 20, 2023;

Defendants must disclose expert witnesses by May 11, 2023;

All discovery must be completed by August 15, 2023;

Dispositive and Daubert Motions must be filed by June 1, 2023;

Plaintiffs and Defendants must disclose trial witness and exhibits lists by August 15, 2023;

A Pre-Trial Report must be filed by August 22, 2023;

Motions in Limine, Jury Instructions, Verdict Forms, Voir Dire Requests and Trial Briefs must be filed by August 22, 2023; and,

Trial is scheduled for September 12, 2023.

DATED this 13th day of March, 2023.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

22-0699p005.PO.docx