

FILED IN DISTRICT COURT
OKLAHOMA COUNTY

CJ-2022-3455
Timmons

IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

JUL 20 2022

RICK WARREN
COURT CLERK
45 _____

| | |
|---|---|
| RANDY LUNDY, | ) |
| Plaintiff, | ) |
| vs. | ) Case No.: CJ-2022-3455 |
| OGNJEN MILANOVIC, HL MOTOR GROUP INC., HIGHLIGHT MOTOR FREIGHT USA, INC., and OLD REPUBLIC INSURANCE COMPANY, | ) ) ) ) ) |
| Defendants. | ) |

## PETITION

COMES NOW Plaintiff, Randy Lundy, and for his cause of action against Defendants, Ognjen Milanovic, HL Motor Group, Inc., Highlight Motor Freight USA, Inc., and Old Republic Insurance Company, alleges and states as follows:

1. On or about August 8, 2020, in or near Oklahoma City, Oklahoma, Ognjen Milanovic, an employee, agent or servant of Defendants HL Motor Group, Inc., and/or Highlight Motor Freight USA, Inc., while driving a semi-tractor trailer rig carelessly and recklessly left the Interstate Highway and collided with Plaintiff's residential property, causing significant property damage and other losses.

2. The collision was the direct result of the careless, reckless, wanton and grossly negligent actions and omissions of Defendants HL Motor Group, Inc.'s, and/or Highlight Motor Freight USA, Inc.'s, employee, agent or servant, whose conduct was life-threatening to members of the public. Plaintiff is entitled to recover actual damages from Defendants. In addition, Defendants Ognjen Milanovic, HL Motor Group, Inc., and/or Highlight Motor Freight USA, Inc., should be

punished for his/its/their acts and omissions to make an example of Defendants so that it and others do not repeat the same wanton and life-threatening conduct.

3. Defendants HL Motor Group, Inc., and/or Highlight Motor Freight USA, Inc., carelessly, negligently, and wantonly entrusted its employee, agent or servant with the large commercial vehicle he was operating, knowing that he was a careless, reckless or incompetent driver and/or with no regard to his skills and experience as a driver. Therefore, Defendants HL Motor Group, Inc., and/or Highlight Motor Freight USA, Inc., are directly liable for Plaintiff's property damages and other losses as well as punitive damages.

4. Defendants HL Motor Group, Inc.'s, and/or Highlight Motor Freight USA, Inc.'s, driver was in the course and scope of his employment or agency relationship with Defendants at the time of the collision. Therefore, Defendants are liable for Plaintiff's property damages and other losses as well as punitive damages.

5. Defendants HL Motor Group, Inc., and/or Highlight Motor Freight USA, Inc., negligently hired, retained, trained and/or supervised its driver.

6. Defendants HL Motor Group, Inc., and/or Highlight Motor Freight USA, Inc., negligently permitted and/or required its driver to be distracted during his operation of the company vehicle by equipping its driver and/or the vehicle with one or more devices known to distract drivers during operation of the company's vehicles.

7. As a direct result of the conduct of Defendants as described herein and to be discovered during the pendency of this litigation, Plaintiff sustained significant property damages and other losses.

8. Upon information and belief, Defendant Old Republic Insurance Company is a foreign insurance company and is directly liable for the damages sustained to Plaintiff's property damage pursuant to the Oklahoma Motor Carrier Act. See 47 O.S. § 230.30 and/or 47 O.S. § 169.

WHEREFORE, premises considered, Plaintiff demands judgment against Defendants Ognjen Milanovic, HL Motor Group, Inc., Highlight Motor Freight USA, Inc., and Old Republic Insurance Company, in an amount in excess of that set forth in 28 U.S.C. § 1332 for actual damages and, in addition, an amount in excess of that set forth in 28 U.S.C. § 1332 for punitive damages and for such additional and further relief as this Court deems equitable and proper.

STEWART LAW FIRM

_____
Rodney D. Stewart, OBA #15105
801 N.W. 63rd Street, Suite 100
Oklahoma City, OK 73116
Telephone: (405) 601-6060
Facsimile: (405) 254-5118
E-Mail: rstewart@rstewartlaw.com
*Attorney for Plaintiff*

**JURY TRIAL DEMANDED**

**ATTORNEY'S LIEN ASSERTED**