IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF OKLAHOMA

```
RANDY LUNDY,                       )
     Plaintiff,                    )
                                   )
          -vs-                     ) No. CIV-22-699-F
                                   )
HL MOTOR GROUP, INC., ET           )
AL.,                               )
     Defendants.                   )
_____

FARMERS MUTUAL FIRE INSURANCE )
COMPANY OF OKARCHE,                )
     Plaintiff,                    )
                                   )
          -vs-                     )
                                   )
HL MOTOR GROUP, INC., ET AL.       )
     Defendants.                   )
```

VIDEOTAPED/TELECONFERENCE DEPOSITION OF ALEXANDER SAITOV

TAKEN ON BEHALF OF

FARMERS MUTUAL FIRE INSURANCE COMPANY OF OKARCHE

ON APRIL 5, 2023


REPORTED BY:  MARTA MATTINGLY, CSR, RMR

1  questions within topic Number 1?
2     A    I think I am.
3     Q    All right.  And what about Number 2, Mr.
4  Milanovic's driving record prior to the subject
5  accident, do you have some knowledge that you can share
6  with us regarding that topic?
7     A    Yes.
8     Q    3, "Any investigation conducted by this
9  Defendant to determine the amount of money paid by
10 Plaintiff to its insured, Earlene Carr under the
11 insurance policy issued to Ms. Carr by FMFICO," that's
12 -- those are the initials of my client, "as a result of
13 the subject accident and loss."  Do you have any
14 knowledge or information to provide in connection with
15 that topic?
16    A    No.
17    Q    You don't?  Okay.
18         MR. PIGNATO:  Let me ask, Michael, we
19 have discussed off the record at the last deposition, at
20 least my understanding of that discussion was, that
21 there was not going to be any kind of objection asserted
22 to the amount -- the damages that my client is seeking
23 in this lawsuit.  I think the same applied to the Lundy
24 lawsuit, also.  Can you confirm or clarify that?
25         MR. FRANZ:  I will confirm that, yes.

Page 49

1   between impairment, when driver is impaired by whatever
2   reason is, by fatigue or by dehydration, to the extent
3   that he is not able to control the vehicle and the
4   reason of that as mild dehydration.  So I don't
5   understand what it means.  Give me an objective
6   definition of -- definition of mild dehydration.
7       Q   I can't -- I can't give you a medical
8   definition.  But I am simply -- the purpose of my
9   questions today is just to find out if you are aware of
10  the concept, that dehydration leads to impairment, leads
11  to a driver not being his physical and mental best?  Are
12  you aware of it or not?
13      A   As I previously mentioned, I would agree that
14  extreme dehydration, to the extreme levels, to the
15  extreme levels, would lead to the impairment, which
16  would affect the ability to operate a commercial motor
17  vehicle.
18      Q   All right.  And do you agree that an extreme
19  level of dehydration would be a preventable circumstance
20  by the driver?
21      A   I would agree.
22      Q   If a person had dehydration to the extent that
23  they lost consciousness, you would agree that would be
24  preventable by the truck driver?
25      A   I would agree.

Page 50

1      Q    All right.  So does HL provide any new hire,
2   long-haul, truck drivers any training regarding proper
3   hydration?
4      A    That is not part of our training program.
5      Q    Does HL have any policies in place to prevent
6   incidents of driver dehydration?
7      A    It's not of our policies.
8      Q    So, then, is it HL's position that proper
9   hydration for its drivers is solely the responsibility
10  of the truck driver?
11     A    It is obviously a responsibility of the truck
12  driver.  But, again, what HL does, it enforces hours of
13  service policy, requiring drivers to take rest breaks,
14  specifically for theirs needs of drinking water, eating
15  properly, and other issues relating to their health and
16  well-being.
17     Q    All right.  So as long as the driver stops at
18  least once every eight hours, then the responsibility to
19  stay hydrated rests solely with the driver?
20     A    Responsibility stays, yes, with the truck
21  driver, yes.
22     Q    And I think you have already said this, but
23  just to be clear, do you agree that dehydration is
24  100 percent avoidable?
25     A    Dehydration is 100 percent avoidable, yes.

1      Q    And you also would agree a driver is
2   responsible for keeping himself physically and mentally
3   alert while driving; agree?
4      A    Can you repeat it again?
5      Q    Sure.  A driver is responsible for keeping
6   himself physically and mentally alert while driving?
7      A    Absolutely.
8      Q    All right.  A driver is responsible for
9   ensuring that he or she is properly hydrated at all
10  times to avoid any negative effects of dehydration;
11  agree?
12     A    Can you repeat again?
13     Q    Sure.  A driver is responsible for ensuring
14  that he or she is properly hydrated at all times to
15  avoid any negative health consequences of the
16  dehydration, that might impair the ability to drive?
17     A    Agree.
18     Q    And, of course, a driver is responsible for
19  being aware of the signs of fatigue or dizziness or
20  weakness or any other symptom that could impair one's
21  ability to operate a 55,000-pound motor vehicle at
22  seventy-five miles per hour safely; agree?
23     A    Agree.
24     Q    And in this context, I want you to assume that
25  Mr. Milanovic was dehydrated and that's why, as you say,

Page 52

1  he lost consciousness.  All right?
2      A    Not all right.
3      Q    Say again?
4      A    Not all right.  You want me to assume.  I
5  don't assume.
6      Q    Well, you do assume, and you've testified
7  previously to Mr. Pignato, you do assume that your
8  driver lost consciousness before he left the roadway;
9  correct?
10     A    Correct.
11     Q    All right.  So I want you to assume for the
12 moment that your defense in this case, whether you know
13 it or not, is that your driver was dehydrated and that's
14 why he lost consciousness.  Okay?  Will you make that
15 assumption with me for purposes of these questions?
16     A    So you just want me to hypothetically assume?
17     Q    I want you to assume my hypothetical, which
18 is, your driver lost consciousness because he was
19 dehydrated, yes.  Will you assume that for purposes of
20 my question?
21     A    For the purposes of -- just for the sake of
22 the question, I can hypothetically assume it.
23     Q    So you would agree, if those were the facts,
24 that would be a self-induced condition, that is,
25 dehydration?

Alexander Saitov                                       April 5, 2023

Page 53

1    A    That would be self-induced, sorry, what?
2    Q    The condition, the medical condition here, of
3  dehydration, would be self-induced; agree?
4    A    Medical condition.  So dehydration as a
5  medical condition will be self-induced by the driver;
6  right?
7    Q    That's my question to you.  If the driver
8  becomes dehydrated and that's the reason he lost
9  consciousness, that is a self-induced medical condition;
10 agree?
11   A    Agree.
12   Q    Entirely preventable by the driver?
13   A    Absolutely preventable.
14   Q    All right.  Now, I want you to also assume
15 that the driver, your driver, has testified in this case
16 that one of the problems he was having while driving on
17 this hot, summer day through Missouri and Oklahoma in
18 ninety plus degree temperatures is that the
19 air-conditioning unit of his truck was not functioning
20 properly.  Okay?  Will you make that assumption with me?
21   A    Okay.  Let's make an assumption.
22   Q    Okay.  You agree with me, that would also be a
23 preventable factor; right, sir?
24   A    In terms of repair of conditioner, yes.
25   Q    So if a driver is feeling fatigued or dizzy

Page 54

1   due to dehydration, brought about by the absence of
2   fluids and/or the rising temperatures in his truck,
3   those are preventable factors; correct?
4        A    Correct.
5        Q    All right.  A driver is responsible for
6   pulling over immediately on any signs or symptoms of
7   dehydration or other health factors that influence his
8   ability to drive the truck safely; right?
9        A    No.
10       Q    He is not responsible for pulling over
11  immediately among signs or symptoms that he can't
12  properly operate the truck?
13       A    Not necessarily immediately.
14       Q    Well, as soon as he can do so safely.
15       A    As soon as he can do it safely.
16       Q    All right.  You wouldn't want him slamming on
17  the brakes in the middle of the highway; right?
18       A    Right.
19       Q    If he couldn't get adequately off the roadway,
20  and therefore became a hazard on the side of the road,
21  you wouldn't want that; right?
22       A    Right.
23       Q    But as soon as a truck driver could get to an
24  exit, if he's having signs or symptoms of heat or other
25  health issues that prevent him from operating the truck

Alexander Saitov                                         April 5, 2023

Page 55

1    safely, you would expect him to pull over as soon as it
2    was safe to do so?
3         A     Absolutely.
4         Q     If a driver fails to do that, puts himself in
5    a state of dehydration by not consuming sufficient
6    fluids, not getting enough minerals, maybe operating a
7    truck that's too hot, and succumbs to this condition and
8    a collision results, you would agree that collision is
9    entirely that driver's fault?
10        A     I wouldn't.
11        Q     You wouldn't agree with that?
12        A     I wouldn't agree with it.
13        Q     So what part of it do you disagree with?
14        A     Not necessarily dehydration would play such a
15   role, that it would affect his ability to operate the
16   motor vehicle to such extent that he wouldn't be able to
17   operate safely.
18        Q     So you are saying you don't -- you don't know
19   if that occurred here?
20        A     As I previously said, your assumption implies
21   that any sign, any sign.  I, again, am pretty sure that
22   only extreme level dehydration would lead to the
23   condition where he is not able to operate the vehicle
24   safely.
25        Q     Let's see if you and I can agree on something.

1  Does it seem plausible or implausible to you that a
2  person would drive a good part of a hot August day in
3  Missouri and Oklahoma, while suffering from such severe
4  dehydration, that he loses consciousness and runs off
5  the road, yet, he wouldn't have any symptoms at all
6  before the moment he lost consciousness?  Does that seem
7  plausible or implausible?
8       A    You know, speaking about some hypothetical --
9       Q    Plausible or implausible, sir?
10      A    Can I please answer your question?
11      Q    You can answer the question, then you can
12  elaborate all you would like.  Does that seem plausible
13  or implausible?
14      A    Sir, would you allow me to answer the
15  question?  I will answer the question.
16      Q    I would ask that you do so.  Is it plausible
17  or implausible?  Then you can explain your answer.
18      A    My explanation is that, specifically in case
19  of Ognjen Milanovic, looking at his logbook, took a
20  restroom break three hours before the accident, it's
21  not -- it's not possible in his situation, because he
22  had three hours before that took a rest break of
23  forty-five minutes, as I see on his logbook.
24           And for me, three hours of driving is not
25  enough to get to such a level of dehydration, that he

Page 57

1   would be able to lose control, lose consciousness, lose
2   control of his vehicle.
3           Maybe in some other case it's plausible, with
4   some other guy, who probably, possibly drove without the
5   rest break, not three hours, but let's say, I don't
6   know, fifteen hours.
7           But in his case, in his specific case, where
8   we know exactly that he took a break three hours before
9   the accident, that is not plaus -- it's not possible.
10    Q    All right.  I think we might be saying the
11  same thing, but let me try to make sure about that
12  before I move on.  You are saying, that because this man
13  took a 45-minute break just three hours earlier, you
14  believe it is not plausible that he succumbed to
15  dehydration in an instant and lost consciousness and ran
16  off the road without experiencing any other symptoms
17  first?  Do you agree with that?
18    A    Sir, I -- again, I am not medical
19  professional.
20    Q    I accept that.  I am asking for --
21    A    I don't know whether it happens in an instant.
22  I have no idea how it happens.  Maybe it takes a few
23  minutes.  I don't know.  So if you could rephrase your
24  question, then I would be able to properly answer it.
25    Q    I am not sure I can.  You are relying on the

Page 58

1  fact that this gentleman took a three-hour break -- I'm
2  sorry, a 45-minute break three hours before; right?
3       A    Yes.  He took a rest, yeah.
4       Q    And because of that, you do not believe that
5  he succumbed to dehydration, to the extent that he lost
6  consciousness and ran off the roadway; right?
7       A    I don't believe that he succumbed to,
8  specifically to the reason of dehydration.
9       Q    Okay.
10      A    Because of dehydration.
11      Q    You believe that makes no practical sense to
12 you?
13      A    Correct.
14      Q    As the safety manager and/or vice-president of
15 safety for this company for some eight plus years;
16 right?
17      A    I think practically he took a rest break of
18 forty-five minutes, which is more than enough for him to
19 drink water, eat properly.  And I don't believe that he
20 taking rest -- that rest break, wouldn't be able to do
21 it.
22      Q    Would common sense, and I know you are not a
23 medical doctor, but would common sense, if dehydration
24 was the medical condition that caused him to lose
25 consciousness, if that's true, okay, do you believe, in

Page 59

1  your experience in life and as the safety manager for
2  this company, that it's possible for a person to succumb
3  to dehydration at such a fast rate, that the very first
4  sign of a problem was the loss of consciousness?
5       A    Sir, for all of my experience, and I think
6  I've had a relatively large experience with a large
7  number of accidents, I never, ever observed weakness
8  that dehydration played any such role.
9       Q    In causing a driver to lose consciousness and
10 have a collision?
11      A    Yes.
12      Q    All right.  And you make a good point.  I
13 mean, you've probably investigated hundreds of
14 accidents, a thousand or more?
15      A    I don't know the exact number.  But from my
16 experience, I knew cases where drivers were able to
17 travel with not working AC and they were able to travel
18 large distances.  And it didn't lead to the loss of --
19 their ability to operate commercial vehicle was not
20 impaired to such -- to such a level, where they lost
21 consciousness and lost control of their vehicle.
22      Q    Well, you make me pause and ask this, then.
23 You are telling me that you have seen situations where
24 drivers operate on hot days with not fully functioning
25 air-conditioning units.

1  summer months, particularly in the south, can contribute
2  to drivers overheating, becoming dehydrated, fatigued,
3  et cetera; correct?
4       A    Correct.
5       Q    All right.  So is HL responsible for ensuring
6  that the AC units in its big rigs are functioning
7  properly?
8       A    Correct.
9       Q    And at the same time is the driver responsible
10 for reporting any problems with the AC unit in the truck
11 he or she is driving?
12      A    Absolutely correct.
13      Q    All right.  Is it -- is it acceptable to HL,
14 that a driver from northern climates, on his very first
15 trip for HL into the south in the hot summer months,
16 drove ten plus hours on a ninety plus degree day with a
17 poorly performing air-conditioning unit in his truck and
18 did not report that to the company?
19      A    Yeah.  That's -- that's not acceptable.  A
20 driver always -- any driver is supposed to report
21 anything to the company right away.
22      Q    And you have investigated this accident
23 thoroughly.  Have you come across any evidence at all
24 that your driver, Mr. Milanovic, reported to the company
25 before, during, or after his trip, that the

Page 62

1    air-conditioning unit was performing poorly?
2         A    He had never reported any of that.
3         Q    Okay.  Would it be acceptable, if that same
4    driver in those same circumstances, driving ten plus
5    hours in the heat, becomes dehydrated, loses
6    consciousness, and drives off the road into family
7    residences, is that acceptable to HL?
8         A    Absolutely not acceptable.
9         Q    All right.
10        A    I'm sorry, my camera.
11        Q    And do you agree, if those are the facts, the
12   accident I just described, you would agree with me that
13   accident would be entirely preventable?
14        A    Would I agree, this vehicle accident would be
15   preventable?
16        Q    Yes.  If the facts are as I laid out to you.
17   And I am really focusing on two facts.  You have got a
18   poorly performing air-conditioning unit and a driver who
19   becomes dehydrated to the point of losing consciousness.
20   Those two factors are both entirely preventable, aren't
21   they, sir?
22        A    So he -- if, again, we assume that he got
23   dehydrated to the point of losing consciousness, if.
24        Q    Yes.  And, in part, his dehydration was
25   brought about by a poorly functioning air conditioner,