# Driver Log

**OGNJEN MILANOVIC**  
(8 day cycle)

Carrier:  
HL MOTOR GROUP INC

Main Office:  
15 OLD COLONY RD, UNIT 33  
RICHMOND HILL, ON  
L4E4L5

Depot Location:  
ON

| **2020-8-8** | Start of Day: Midnight Eastern | |
|---|---|---|
| Document(s): | | Off Duty: 0h45m27 |
| Trailer(s): | | Sleeper Berth: 5h00m37 |
| Tractor(s): 1286 | | Driving: 10h18m45 |
| Co-Driver(s): | | On Duty Not Driving: 7h55m11 |
| Edits: 0 | | Total Hours On Duty Today: 18h13m56 |
| Sensor Failures: 0 | | Total Hours On Duty for Week: 34h15m46 |
| | | Distance Driven (mi): 623 |



| Start Time | Duration | Activity | Location | Flags* | Remarks |
|---|---|---|---|---|---|
| 00:00:00 | 5h00m37 | Sleeper | 6 mi ENE of Fancy Creek twp, IL | C | |
| 05:00:37 | 0h35m41 | On-Duty | 6 mi ENE of Fancy Creek twp, IL | | |
| 05:36:18 | 6h33m38 | Driving | 6 mi ENE of Fancy Creek twp, IL | | |
| 12:09:56 | 0h45m27 | Off-Duty | 5 mi ESE of Joplin, MO | | |
| 12:55:23 | 0h01m50 | On-Duty | 5 mi ESE of Joplin, MO | | Fuelling |
| 12:57:13 | 0h00m56 | Driving | 5 mi ESE of Joplin, MO | | |
| 12:58:09 | 0h28m40 | On-Duty | 5 mi ESE of Joplin, MO | | Fuelling |
| 13:26:49 | 3h16m15 | Driving | 5 mi ESE of Joplin, MO | | |
| 16:43:04 | 0h03m11 | On-Duty | 9 mi NNW of Choctaw, OK | | |
| 16:46:15 | 0h27m14 | Driving | 9 mi NNW of Choctaw, OK | | |
| 17:13:29 | 0h04m51 | On-Duty | 4 mi E of Yukon, OK | | |
| 17:18:20 | 0h00m42 | Driving | 4 mi E of Yukon, OK | | |
| 17:19:02 | 6h40m58 | On-Duty | 4 mi E of Yukon, OK | | |

Driver's Signature

Report time: 2020-08-10 09:05 EDT   (C)onfirmed, (E)dited, (S)ensor Failure, (D)istance Edit, (W)ait in Oilfield, (H)azmat Rest Break   Page 9 of 11

EXHIBIT 5   Highlight 000348