| | |
|---|---|
| **From:** | Franz, Michael <Michael.Franz@lewisbrisbois.com> |
| **Sent:** | Tuesday, November 22, 2022 3:45 PM |
| **To:** | Joanna Butterworth; Jerry Pignato |
| **Cc:** | Matt Kane; Sarah Ramsey; Daniel Webber; Schrag, Jeremy; Rodney Stewart; ddozier@stewartlaw.com |
| **Subject:** | RE: Farmers Mutual v HL Motor Group |

We do not have any medical records for our client but have subpoenaed records and will disclosed them upon receipt.

Thanks,



**Michael T. Franz**
**Partner**
**Michael.Franz@lewisbrisbois.com**

**T: 312.463.3329 F: 312.345.1778**

550 West Adams Street, Suite 300, Chicago, IL 60661 | **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

**From:** Joanna Butterworth <jbutterworth@ryanwhaley.com>
**Sent:** Tuesday, November 22, 2022 12:38 PM
**To:** Franz, Michael <Michael.Franz@lewisbrisbois.com>
**Cc:** Jerry Pignato <jerry@ryanwhaley.com>; Matt Kane <mkane@ryanwhaley.com>; Sarah Ramsey <SRamsey@ryanwhaley.com>; Daniel Webber <dgw_attorney@outlook.com>; Schrag, Jeremy <Jeremy.Schrag@lewisbrisbois.com>; rstewart@rstewartlaw.com; ddozier@stewartlaw.com
**Subject:** [EXT] Farmers Mutual v HL Motor Group

From Jerry Pignato –

Mr. Franz,

Thank you for providing us with your client's Rule 26 Initial Disclosures in the above case. You provided a number of insurance documents, but no medical records were provided. Do you have any medical records that address your client's contention he blacked out at the time of the accident? If so, I would greatly appreciate receiving copies of those records. Please let me know. Thank you.

Jerry

EXHIBIT 6



**Gerard F. Pignato**
**Attorney**

o: 405.239.6040
m: 405.306.9861
400 North Walnut Avenue
Oklahoma City, OK 73104
jerry@ryanwhaley.com

This message may be protected by privileges or protections, including the attorney-client privilege. If you believe that it has been sent to you in error, do not read, forward or copy it. Please reply to the sender that you have received the message in error and then delete it. Thank you.