UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| RANDY LUNDY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No: 5:22-cv-00699-F |
| | ) | |
| HL MOTOR GROUP, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | Consolidated for Discovery With |
| FARMERS MUTUAL FIRE INSURANCE | ) | |
| COMPANY OF OKARCHE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No: 5:22-cv-00752-D |
| | ) | |
| HL MOTOR GROUP, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' TRIAL EXHIBIT LIST

Defendants, HL Motor Group, Inc. ("Highlight") and Ognjen Milanovic ("Mr. Milanovic"), by their attorneys, Lewis Brisbois Bisgaard & Smith LLP, may submit the following exhibits at trial:

| **Number** | **Description/Identification** | **Admission** |
|---|---|---|
| 1 | EMSA-Western Division Medical Records/ Farmers Mutual 0514 - 0521 | Stipulated |
| 2 | Oklahoma University Medical Center Medial Records/ Farmers Mutual 0477 - 0513, 0522 – 0546 | Stipulated |
| 3 | 8.8.20 Oklahoma Traffic Crash Report Highlight 000182 – 000187 | |

| **Number** | **Description/Identification** | **Admission** |
|---|---|---|
| 4 | 8.8.20 Driver Vehicle Examination Report/ Highlight 000366 - 000368 | |
| 5 | 8.11.20 Drug Test Results/ Highlight 000181 | Stipulated |

Defendants reserve the right to, for impeachment purposes only, use transcripts of trial witnesses' prior deposition testimony.

Defendants reserve the right to adopt or otherwise utilize any exhibits appearing on Plaintiffs' Exhibit Lists.

Defendants reserve the right to identify additional exhibits to be used in rebuttal to exhibits appearing on Plaintiffs' Exhibit Lists.

Defendants reserve the right to supplement this Exhibit List for the purpose of impeachment.

Defendants reserve the right to otherwise supplement this Exhibit List.

          Respectfully submitted,

          HL Motor Group, Inc. and Ognjen Milanovic,

Michael T. Franz
Lewis Brisbois Bisgaard & Smith LLP
550 West Adams Street         By:/s/ *Michael T. Franz*
Suite 300                                  One of Defendants' Attorneys
Chicago, Illinois 60661
Michael.Franz@lewisbrisbois.com
(312) 463-3329 Phone
(312) 345-1776 Facsimile

Date: August 15, 2023

*Attorneys for Defendants*

75944-45