IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| RANDY LUNDY, | |
|---|---|
| Plaintiff, | |
| v. | Case No.: CIV-22-699-F |
| HL MOTOR GROUP, INC., HIGHLIGHT MOTOR FREIGHT USA, INC., OLD REPUBLIC INSURANCE COMPANY, AND OGNJEN MILANOVIC, | |
| Defendants. | |
| FARMERS MUTUAL FIRE INSURANCE COMPANY OF OKARCHE, | |
| Plaintiff, | |
| v. | Case No.: CIV-22-752-F |
| HL MOTOR GROUP, INC. and OGNJEN MILANOVIC, | |
| Defendants. | |

## PLAINTIFF'S FINAL EXHIBIT LIST

| No. | Documents |
|---|---|
| 1. | FMFICO insurance policy issued to Earlene Carr, including declarations pages. (FARMERS MUTUAL_0160-0212, 0330) |
| 2. | Old Republic insurance company insurance policy issued to HL Motor Group, Inc., including declarations pages. (Highlight 000001-000144) |
| 3. | SSL Endeavour insurance policy issued to Highlight Motor Freight, Inc., including declarations pages. (Highlight 000145-000180) |
| 4. | Relevant and admissible portions of the official Oklahoma Traffic Collision Report. (FARMERS MUTUAL_0002, 0333-0339) |
| 5. | Photographs depicting the damage to the semi driven by Ognjen Milanovic. (FARMERS MUTUAL_0340, 0374-0390; Highlight 000188-000219) |
| 6. | Photographs depicting the damage to Earlene Carr's home and property. (FARMERS MUTUAL_0003-0004, 0092-0137, 0254-0304, 0340; Highlight 000200-000212, 000220-000237) |
| 7. | Ognjen Milanovic's driver log for the period of time of August 1, 2020, through August 10, 2020. (Highlight 000340-000350) |

| No. | Documents |
|---|---|
| 8. | Highlight Motor Freight professional driver manual for company drivers. (Highlight 000369-000447) |
| 9. | Ognjen Milanovic's medical records from OU Medical Center. (FARMERS MUTUAL_0391-0460, 0477-0542) |
| 10. | Ognjen Milanovic's medical records from EMSA. (FARMERS MUTUAL_0547-0558) |
| 11. | Ognjen Milanovic's driver license. (Highlight 000238) |
| 12. | Highlight Motor Group work orders. (Highlight 000351-000359) |
| 13. | Highlight Motor Group inspections report – pre trip. (Highlight 000365) |
| 14. | Driver/vehicle examination report re inspection date: 8/8/2020. (Highlight 000366-000368) |
| 15. | Medical bills for Ognjen Milanovic. (FARMERS MUTUAL_0543-0546, 0559) |
| 16. | Itemization of insurance benefits paid to Earlene Carr from FMFICO in the amount of $137,472.83. (FARMERS MUTUAL_0317, 0328, 0341) |
| 17. | Documentation of payments made to Earlene Carr from FMFICO. (FARMERS MUTUAL_0215-0223, 0318-0319, 332) |
| 18. | Derrick Van Dorn's Umpire/Appraisal Award dated April 5, 2022. (FARMERS MUTUAL_0228, 0320, 0331) |
| 19. | Documentation supporting Earlene Carr's personal property being claimed. (FARMERS MUTUAL_0216, 0223, 0317, 0319, 0328, 0332, 0341) |
| 20. | Documentation supporting additional living expenses, including invoices received. (FARMERS MUTUAL_0215, 0217-0220, 0223, 0318, 0328) |
| 21. | Valor inspection report dated August 27, 2020. (FARMERS MUTUAL 0022-0075) |
| 22. | Inspection report/estimate of John Miller with Western Claims dated September 22, 2020. (FARMERS MUTUAL_0076-0137) |
| 23. | Engineering report authored by Robert Chynoweth dated October 21, 2020. (FARMERS MUTUAL_0138-0159, 0347-0368) |
| 24. | Estimate prepared by Derrick Van Dorn, dated February 16, 2022. (FARMERS MUTUAL_0305-0316) |
| 25. | FMFICO advance on additional living expense. (FARMERS MUTUAL_0215, 0217-0220, 0223, 0318, 0328) |

| No. | Documents |
|---|---|
| 26. | FMFICO property loss worksheets. (FARMERS MUTUAL_0215-0223, 0317, 0328-0329, 0332, 0341-0342) |
| 27. | Western Claims reports. Western Claims reports. (FARMERS MUTUAL_0076-0137, 0343-0344) |

Respectfully submitted,

/s/ Gerard F. Pignato
GERARD F. PIGNATO, OBA #11473
MATTHEW C. KANE, OBA #19502
**RYAN WHALEY**
400 North Walnut Avenue
Oklahoma City, Oklahoma 73104
(405) 239-6040
(405) 239-6766 FAX
jerry@ryanwhaley.com

*Attorneys for Farmers Mutual Insurance Company of Okarche*

## CERTIFICATE OF SERVICE

☑   I hereby certify that on August 15, 2023, I emailed the above to the following counsel of record:

Michael T. Franz, Esquire
Jeremy K. Schrag, Esquire
Rodney Stewart, Esquire

/s/ Gerard F. Pignato
For the Firm