## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RANDY LUNDY,<br><br>  Plaintiff,<br><br>v.<br><br>HL MOTOR GROUP, INC., HIGHLIGHT MOTOR FREIGHT USA, INC., OLD REPUBLIC INSURANCE COMPANY, AND OGNJEN MILANOVIC,<br><br>  Defendants. | Case No.: CIV-22-699-F |
| FARMERS MUTUAL FIRE INSURANCE COMPANY OF OKARCHE,<br><br>  Plaintiff,<br><br>v.<br><br>HL MOTOR GROUP, INC. and OGNJEN MILANOVIC,<br><br>  Defendants. | Case No.:  CIV-22-752-F |

## **PLAINTIFF RANDY LUNDY'S TRIAL EXHIBIT LIST**

| NO. | EXHIBIT DESCRIPTION |
|---|---|
| | |
| 1. | 08/08/2020 Official Oklahoma Traffic Collision Report |
| 2. | Highway Patrol Vehicle Examination Report (HL 366-367) |
| 3. | Highlight Motor Group truck work orders (HL 351-357) |
| 4. | Driver Log (HL 340-350) |
| 5. | HL Accident Information form (HL 292) |
| 6. | HL Accident scene photos (HL 220-237) |
| 7. | HL Truck and scene photos (HL 210-212) |
| 8. | HL Truck photos (HL 188-199) |
| 9. | Milanovic Responses to Plaintiff Farmers Requests for Production |
| 10. | Milanovic EMSA report (Farmers Mutual 547-559) |
| 11. | Milanovic OU Medical Center records (Farmers Mutual 477-546) |

| 12. | Milanovic Answers to Plaintiff Farmers Interrogatories |
|-----|---------|
| 13. | HL Responses to Plaintiff Farmers Requests for Production |
| 14. | HL Answers to Plaintiff Farmers Interrogatories |
| 15. | Defendants' Answer to Plaintiff Lundy's Petition |
| 16. | Michael Franz email to counsel 11-22-2022 |
| 17. | Damages Summary (per stipulation and agreement) |
| 18. | Damages documentation (to the extent necessary in light of stipulation and agreement) LUNDY 001-306. |
| 19. | All exhibits listed by any other party regardless of whether introduced by listing party, not objected to by this Plaintiff. |
| 20. | Plaintiff reserves the right to list additional exhibits as discovery progresses and based upon exhibits listed by other parties. |

Respectfully submitted,

/s/ Rodney D. Stewart_____
Rodney D. Stewart
OBA #15105
Attorney for Plaintiff Randy Lundy
STEWART LAW FIRM
801 N.W. 63rd Street, Suite 100
Oklahoma City, Oklahoma 73116
Telephone:  (405) 601-6060
Fax:  (405) 254-5118
E-Mail:  rstewart@rstewartlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 15, 2023, I transmitted the above to all counsel of record.

s/ Rodney D. Stewart_____
Rodney D. Stewart