IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RANDY LUNDY,<br><br>      Plaintiff,<br><br>v.<br><br>HL MOTOR GROUP, INC., HIGHLIGHT MOTOR FREIGHT USA, INC., OLD REPUBLIC INSURANCE COMPANY, AND OGNJEN MILANOVIC,<br><br>      Defendants. | Case No.: CIV-22-699-F |
| FARMERS MUTUAL FIRE INSURANCE COMPANY OF OKARCHE,<br><br>      Plaintiff,<br><br>v.<br><br>HL MOTOR GROUP, INC. and OGNJEN MILANOVIC,<br><br>      Defendants. | Case No.:  CIV-22-752-F |

## PLAINTIFF'S FINAL WITNESS LIST

| No. | Name and Address | Testimony |
|---|---|---|
| 1. | Earlene Carr<br>11008 Northwest 99th Street<br>Yukon, Oklahoma 73009 | Damage to her house caused by the Defendants; claims submitted to Farmers Mutual; payments made by Farmers Mutual. |
| 2. | Patrolman Wayne Linzy<br>Oklahoma Highway Patrol | Investigation of the subject accident and damage caused to Earlene Carr's home; conversation with Ognjen Milanovic; cause of the accident. |
| 3. | Ognjen Milanovic<br>c/o Michael T. Franz, Esquire<br>LEWIS BRISBOIS BISGAARD & SMITH, LLP<br>550 West Adams Street, Suite 300<br>Chicago, Illinois 60661 | Deposed; Facts surrounding the subject accident and damage caused to Earlene Carr's house. |
| 4. | Alexander Saitov<br>c/o Michael T. Franz, Esquire | Deposed; will testify regarding such issues as training, logbooks, Milanovic's driving record, |

1

| No. | Name and Address | Testimony |
|---|---|---|
|  | LEWIS BRISBOIS BISGAARD & SMITH, LLP<br>550 West Adams Street, Suite 300<br>Chicago, Illinois 60661 | statements made by Milanovic, investigation of the subject accident' Plaintiff's right to recovery from Defendants. |
| 5. | Gerald Knecht<br>Farmers Mutual Fire Insurance Company of Okarche<br>c/o RYAN WHALEY<br>400 North Walnut Avenue<br>Oklahoma City, Oklahoma 73104 | Handling and investigation of the claim of insured, Earlene Carr; payments made to Earlene Carr; insured's covered loss; all relevant issues relating to FMFICO's subro claim against the Defendants. |
| 6. | Dan Webber, Sr.<br>Post Office Box 699<br>Watonga, Oklahoma 73772 | Attorney for Farmers Mutual during pendency of the claim; communications with Defendant's insurance company/TPO regarding payments owed by Defendants. |
| 7. | Robert Chynoweth, P.E.<br>Engineering, Inc.<br>Post Office Box 1510<br>Edmond, Oklahoma 73083 | Inspection of Earlene Carr's damaged home; cause of loss; extent of damage; report dated October 21, 2020. |
| 8. | Derek VanDorn<br>Bergman Enterprise<br>426 Northwest 5th<br>Oklahoma City, Oklahoma 73102 | Umpire in the appraisal process; extent of damage; cost of repairs; umpire award. |
| 9. | Dakota Meadows<br>EMSA-Western Division<br>1111 Classen Drive<br>Oklahoma City, Oklahoma 73103 | Condition and treatment of Mr. Milanovic at the scene of the accident; statements made by Mr. Milanovic regarding the cause of the accident |
| 10. | Kristine L. Rebik, DO<br>OU Medical Center<br>700 Northeast 13th Street<br>Oklahoma City, Oklahoma 73104 | Condition and treatment of Mr. Milanovic at the scene of the accident; statements made by Mr. Milanovic regarding the cause of the accident; review of Mr. Milanovic's radiographic films. |
| 11. | Scott Blair, DO | Condition and treatment of Mr. Milanovic at the scene of the accident; statements made by Mr. Milanovic regarding the cause of the accident. |
| 12. | Jalla Aditi, MD | Condition and treatment of Mr. Milanovic at the scene of the accident; statements made by Mr. Milanovic regarding the cause of the accident. |

| No. | Name and Address | Testimony |
|---|---|---|
| 13. | John Miller<br>Western Claims<br>429 West Wilshire<br>Oklahoma City, Oklahoma 73116 | Handling and investigation of the claim of insured, Earlene Carr; payments made to Earlene Carr; insured's covered loss; all relevant issues relating to Farmers Mutual's Subro claim against the Defendants. |
| 14. | Scott Weber<br>Liability Manager<br>Gallagher Bassett<br>Clinton, Iowa | Communications with Farmers Mutual. |
| 15. | Mark Romanowski<br>Sr. Department Manager<br>Gallagher Basset<br>Clinton, Iowa | Communications with Farmers Mutual. |

Respectfully submitted,

/s/ Matthew C. Kane
GERARD F. PIGNATO, OBA #11473
MATTHEW C. KANE, OBA #19502
**RYAN WHALEY**
400 North Walnut Avenue
Oklahoma City, Oklahoma 73104
(405) 239-6040
(405) 239-6766 FAX
jerry@ryanwhaley.com
mkane@ryanwhaley.com

*Attorneys for Plaintiff, Farmers Mutual*
*Fire Insurance Company of Okarche*

3

**CERTIFICATE OF SERVICE**

☑      I hereby certify that on August 15, 2023, I emailed the above to the following counsel of record:

Michael T. Franz, Esquire
Jeremy K. Schrag, Esquire
Rodney Stewart, Esquire

/s/ Matthew C. Kane
For the Firm