## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RANDY LUNDY,<br><br>    Plaintiff,<br><br>v.<br><br>HL MOTOR GROUP, INC., HIGHLIGHT MOTOR FREIGHT USA, INC., OLD REPUBLIC INSURANCE COMPANY, AND OGNJEN MILANOVIC,<br><br>    Defendants. | Case No.: CIV-22-699-F |
| FARMERS MUTUAL FIRE INSURANCE COMPANY OF OKARCHE,<br><br>    Plaintiff,<br><br>v.<br><br>HL MOTOR GROUP, INC. and OGNJEN MILANOVIC,<br><br>    Defendants. | Case No.: CIV-22-752-F |

## PLAINTIFF RANDY LUNDY'S TRIAL WITNESS LIST

| NO. | NAME/ADDRESS | PROPOSED TESTIMONY |
|---|---|---|
| | | |
| 1. | Randy Lundy<br>c/o Stewart Law Firm<br>801 N.W. 63rd Street, Suite 100<br>Oklahoma City, OK  73116 | Loss facts, verification of damages (to the extent necessary in light stipulation and agreement regarding damages). |
| 2. | Alexander Saitov<br>c/o Lewis, Brisbois, Bisgaard & Smith, LLP<br>550 W. Adams Street, Suite 300<br>Chicago, IL  60661 | If witness appears live:  Topics addressed in deposition including but not limited to: role and responsibilities at company; Milanovic's employment history with Defendant; Defendant's investigation of accident; driver log details; Defendant's knowledge of driver dehydration; liability defenses asserted. |

| | | |
|---|---|---|
| | | If witness does not appear live: Plaintiff to call witness via deposition (transcript and/or video) |
| 3. | Ognjen Milanovic<br>c/o Lewis, Brisbois, Bisgaard & Smith, LLP<br>550 W. Adams Street, Suite 300<br>Chicago, IL 60661 | If witness appears live: Topics addressed in deposition including but not limited to driver's employment with Defendant; trip details; accident details; post-accident details and medical treatment.<br><br>If witness does not appear live: Plaintiff to call witness via deposition (transcript and/or video). |
| 4. | Trooper Wayne Linzy<br>Oklahoma Highway Patrol<br>3600 N. Martin Luther King Ave.<br>Oklahoma City, OK 73111 | Investigation of accident; Report details; observations of scene, property, truck and driver; experience with crashes involving sleepy drivers vs. drivers with medical conditions. |
| 5. | All witnesses listed by any other party not objected to by this Plaintiff. | |
| 6. | Plaintiff reserves the right to list additional witnesses as discovery progresses and based on witnesses listed by other parties. | |

Respectfully submitted,

/s/ Rodney D. Stewart_____
Rodney D. Stewart
OBA #15105
Attorney for Plaintiff Randy Lundy
STEWART LAW FIRM
801 N.W. 63rd Street, Suite 100
Oklahoma City, Oklahoma 73116
Telephone: (405) 601-6060
Fax: (405) 254-5118
E-Mail: rstewart@rstewartlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 15, 2023, I transmitted the above to all counsel of record.

s/ Rodney D. Stewart_____
Rodney D. Stewart
