**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **RANDY LUNDY,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) Case No. CIV-22-699-F |
| | ) |
| **HL MOTOR GROUP, INC.,** | ) |
| **HIGHLIGHT MOTOR FREIGHT USA, INC.,** | ) |
| **OLD REPUBLIC INSURANCE COMPANY,** | ) |
| and **OGNJEN MILANOVIC,** | ) |
| | ) |
| Defendants. | ) |

## ORDER

On August 29, 2023, Magistrate Judge Shon T. Erwin conducted a settlement conference with Plaintiff Randy Lundy and lead trial counsel Rodney D. Stewart. Defendants HL Motor Group, Inc., Highlight Motor Freight USA, Inc., Old Republic Insurance Company, and Ognjen Milanovic appeared with lead trial counsel Michael T. Franz and party representative Kelly Bradley, Lead Resolution Manager.

**The case settled.**

ENTERED on August 31, 2023.

_____
SHON T. ERWIN
UNITED STATES MAGISTRATE JUDGE